UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| VERONICA CRUZ-JIMENEZ, | Crim. Case No. 4:10-cr-00073-BLW |
| Plaintiff, | Civ. Case No. 4:13-cv-00510-BLW |
| v. | JUDGMENT |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

In accordance with the Memorandum Decision and Order entered concurrently herewith,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 filed by VERONICA CRUZ-JIMENEZ is **DISMISSED**. and THAT Case No. 4:13-cv-00510-BLW is **DISMISSED** with prejudice.

DATED: March 12, 2018

B. Lynn Winmill
Chief U.S. District Court Judge

JUDGMENT - 1